IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

DOCRIEN ANGLIN,                  )
                                 )
     Plaintiff,                  )
                                 )        CIVIL ACTION NO.
     v.                          )          1:26cv327-MHT
                                 )             (WO)
DONALD VALENZA and               )
COMMANDER MOORE,                 )
                                 )
     Defendants.                 )

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who at the time of filing was incarcerated in the Houston County Jail, filed this lawsuit asserting that the conditions of confinement in the jail are unconstitutional. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice because plaintiff failed to comply with a notice of deficiency that informed him that he needed to pay the filing fee or file an application to proceed in forma pauperis; because the case cannot proceed without payment of the

filing fee or the granting of in forma pauperis status; and because plaintiff's current whereabouts are unknown. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.*

An appropriate judgment will be entered.

DONE, this the 30th day of June, 2026.

                              /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE

---

* As noted above, the magistrate judge recommends dismissal for failure to comply with the notice of deficiency's instructions to pay the filing fee or file an application to proceed in forma pauperis. The notice of deficiency was returned to the court marked as undeliverable by the post office, so plaintiff did not receive the notice of deficiency, presumably because he was released or transferred from the jail shortly after filing his complaint. The court is unsure whether it is appropriate to dismiss for failure to comply with a notice or order where the plaintiff is a pro se prisoner who did not receive the document because he was released or transferred from the jail or prison. It may be more appropriate to view plaintiff's actions as a failure to prosecute by failing to pay the filing fee or file an in forma pauperis application. In any case, to address this concern, the court will dismiss the case for failure to comply with the notice of deficiency and failure to prosecute.