IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


DOCRIEN ANGLIN,             )
                          )
    Plaintiff,          )
                          )     CIVIL ACTION NO.
    v.                )      1:26cv327-MHT
                          )         (WO)
DONALD VALENZA and     )
COMMANDER MOORE,       )
                          )
    Defendants.        )

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 5) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to comply with the notice of deficiency and failure to prosecute, and because the case cannot move forward without either the payment of the filing fee or the granting of in forma pauperis status, and without a current mailing address for the plaintiff.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of June, 2026.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE